AO 106A (EDVA Version) (03/20) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*
ONE SILVER 2019 TOYOTA CAMRY AUTOMOBILE WITH VIRGINIA LICENSE PLATE TCY-7511

)
)
)
)
)
)

Case No. 1:25sw464

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

One silver 2019 Toyota Camry automobile, with Virginia license plate TCY-7511

located in the **Eastern** District of **Virginia**, there is now concealed *(identify the person or describe the property to be seized)*:

see Attachment A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- [x] evidence of a crime;
- [ ] contraband, fruits of crime, or other items illegally possessed;
- [ ] property designed for use, intended for use, or used in committing a crime;
- [ ] a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18, U.S.C. § 2339C | Terrorist financing |
| 50 U.S.C. § 1705 | provide funds to a Specially Designated Global Terrorist organization |

The application is based on these facts:

See Attached Affidavit

- [ ] Continued on the attached sheet.
- [ ] Delayed notice of _____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Reviewed by AUSA/SAUSA
Gordon D. Kromberg
*Printed name and title*

Ahmad Hassanpour, FBI Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
**telephone**
*(specify reliable electronic means)*.

Date: June 20, 2025

Digitally signed by Ivan Davis
Date: 2025.06.20 13:07:23 -04'00'
*Judge's signature*

City and state: Alexandria, Virginia

Ivan D. Davis, United States Magistrate Judge
*Printed name and title*